UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10804 JLT

| | |
|---|---|
| Dad Construction Co., Inc., )<br>  Plaintiff    )<br>              )<br>v.            )<br>              )<br>Derek Heimlich,    )<br>Andrew Levy and    )<br>Arleigh Goodwin,   )<br>  Defendants  ) | PLAINTIFF'S MOTION TO REMAND |

    Now comes Plaintiff, Dad Construction Co., Inc., and moves the Court pursuant to USC Section 1447 to remand this matter to the state Superior Court. In support therefor, Plaintiff states that there is not diversity of jurisdiction of the parties pursuant to 28 USC Section 1332. The Defendants are all residents of Massachusetts. In particular, in actions brought in the small claims division of the Brookline District Court, Defendants Derek Heimlich and Andrew Levy have listed their address as 8 Farrington Avenue, Allston, Massachusetts 02134, and Defendant Arleigh Goodwin has listed his address as 8 Wadsworth Street, Allston, Massachusetts 02134. Accordingly, as Defendants reside in the Commonwealth of Massachusetts, there is no diversity of jurisdiction and this matter should be remanded to the Norfolk County Superior Court, where this action was originally filed, in accordance with the provisions of 28 USC Section 1447.

Respectfully submitted,

_____
Arnold M. Friedfertig, Esq.
Attorney for Plaintiff
BBO# 542458
1714 Beacon Street
Brookline, MA 02445-2124
(617) 277-7640

Dated: May 14, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10804 JLT

Dad Construction Co., Inc., )
      Plaintiff )
)
v. )
)
Derek Heimlich, )
Andrew Levy and )
Arleigh Goodwin, )
      Defendants )

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I CAUSED A TRUE COPY OF THE Plaintiff'S Motion to Remand, dated May 14, 2004, to be served upon counsel for Defendants this May 14, 2004 by Mailing same to Richard J. Bombardo, Esq., 11 Beacon street, Suite 520, Boston, MA 02108.

Respectfully submitted,

_____
Arnold M. Friedfertig, Esq.
Attorney for Plaintiff
BBO# 542458
1714 Beacon Street
Brookline, MA 02445-2124
(617) 277-7640

Dated: May 14, 2004