UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10804-JLT

DAD CONSTRUCTION CO., INC.,
Plaintiff

vs.

DEREK HEIMLICH, ANDREW LEVY
and ARLEIGH GOODWIN,
Defendants

## ANSWER OF PLAINTIFF/COUNTERCLAIM DEFENDANT, DAD CONSTRUCTION CO., INC., TO COUNTERCLAIM PLAINTIFFS' COMPLAINT

### FIRST DEFENSE

The Counterclaim Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Counterclaim Defendant responds to the serially numbered paragraphs as follows:

50. The Counterclaim Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

51. The Counterclaim Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

52. The Counterclaim Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

53. The Counterclaim Defendant admits the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

## COUNT I – FRAUD, DECEIT AND MISREPRESENTATION

54. The Counterclaim Defendant repeats and realleges its responses contained in paragraphs 50-53 of the Counterclaim Plaintiff's Complaint.

55. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

56. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

57. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

WHEREFORE, the Counterclaim Defendant requests that Judgment enter in its favor and that the Counterclaim Plaintiffs' Complaint be dismissed.

## COUNT II – UNFAIR AND DECEPTIVE ACTS AND PRACTICES

58. The Counterclaim Defendant repeats and realleges its responses contained in paragraphs 50-57 of the Counterclaim Plaintiff's Complaint.

59. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

60. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

WHEREFORE, the Counterclaim Defendant requests that Judgment enter in its favor and that the Counterclaim Plaintiffs' Complaint be dismissed.

## COUNT III – BREACH OF WARRANTY OF HABITABILITY

61. The Counterclaim Defendant repeats and realleges its responses contained in paragraphs 50-60 of the Counterclaim Plaintiff's Complaint.

62. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

63. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

64. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

WHEREFORE, the Counterclaim Defendant requests that Judgment enter in its favor and that the Counterclaim Plaintiffs' Complaint be dismissed.

## COUNT IV – NEGLIGENT FAILURE TO MAINTAIN THE PREMISES

65. The Counterclaim Defendant repeats and realleges its responses contained in paragraphs 50-64 of the Counterclaim Plaintiff's Complaint.

66. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

67. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

68. The Counterclaim Defendant denies the allegations contained in this paragraph of the Counterclaim Plaintiffs' Complaint.

WHEREFORE, the Counterclaim Defendant requests that Judgment enter in its favor and that the Counterclaim Plaintiffs' Complaint be dismissed.

## THIRD DEFENSE

By way of the affirmative defense, the counterclaim defendant says that if the counterclaim plaintiffs suffered injuries or damages, as alleged, such injuries or damage were caused by someone for whose conduct the counterclaim defendant was not and is not legally responsible.

## FOURTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that it was justified in its conduct and acts, and is, therefore, not liable to the counterclaim plaintiffs as alleged in the complaint.

## FIFTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that its acts and conduct were performed according to, and protected by, law and/or legal process, and that therefore, the counterclaim plaintiffs cannot recover.

## SIXTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that the counterclaim plaintiffs consented to the counterclaim defendant's alleged conduct, acts and statements, and that therefore the counterclaim plaintiffs cannot recover.

## SEVENTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that the counterclaim plaintiffs failed to comply with the conditions precedent to the bringing of this action, as required by Massachusetts General Laws, Chapter 93A.

## EIGHTH DEFENSE

The complaint fails to state a claim against the counterclaim defendant upon which relief can be granted in that the counterclaim plaintiffs are not entitled to recovery under G.L., Ch. 93A.

## NINTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that the counterclaim plaintiffs, by their conduct and actions and/or by the conduct and actions of their agents and servants, cannot recover in this action.

## TENTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that the counterclaim plaintiffs breached the terms and conditions of the lease agreement or contract alleged in the counterclaim plaintiffs' complaint, and that therefore the counterclaim plaintiffs cannot recover.

## ELEVENTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that the alleged agreement or contract between it and the counterclaim plaintiffs is void for want of consideration.

## TWELFTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that the injuries or damage alleged were caused in whole or in part by the acts, conduct and/or negligence of the counterclaim plaintiffs.

## THIRTEENTH DEFENSE

By way of affirmative defense, the counterclaim defendant says that the counterclaim plaintiffs are not entitled to recover because of their failure to mitigate damages.

## FOURTEENTH DEFENSE

By way of affirmative defense, the counterclaim defendant states that process was deficient.

## FIFTEENTH DEFENSE

By way of affirmative defense, the counterclaim defendant states that service of process was deficient.

## THE PLAINTIFF/COUNTERCLAIM DEFENDANT DEMANDS A TRIAL BY JURY ON ALL COUNTS

The Plaintiff/Counterclaim Defendant,
Dad Construction Co., Inc.
By its attorneys,


James V. Marano, Jr., BBO# 559722
**KUSHNER & MARANO, P.C.**
1231 Washington Street
Newton, MA 02465
(617) 244-1744

Dated: _____

## CERTIFICATE OF SERVICE

I, James V. Marano, Jr., Esquire, hereby certify that on this 14th day of July, 2004, I have served a copy of the Plaintiff/Counterclaim Defendant's Answer to the Defendants'/Counterclaim Plaintiffs' Complaint by mailing a copy via first-class mail to the following:

>Richard J. Bombardo, Esquire
>11 Beacon Street, Suite 520
>Boston, MA 02108

>*/s/ James V. Marano, Jr.*
>James V. Marano, Jr.