UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10804-JLT

DAD CONSTRUCTION CO., INC., )
    Plaintiff )
 )
vs. )
 )
DEREK HEIMLICH, ANDREW LEVY )
and ARLEIGH GOODWIN, )
    Defendants )

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO NAME ADDITIONAL PARTIES AND TO ASSERT ADDITIONAL CLAIMS

Now comes the Plaintiff, Dad Construction Co., Inc., and pursuant to Fed.R.Civ.P. 15(a) and Fed.R.Civ.P. 19, requests this Court grant it leave to amend its Complaint to add Alan E. Heimlich, Paul Levy, Julia Levy, Peter Bornholdt, Helen Bornholdt, Paul Costantino, Frances Costantino, Ian Heyworth Hill, Cathleen Countryman, David A. Fagerlie, David L. Fagerlie, Richard Peterson, Linda Peterson, Nathan Ulrich, Richard Ulrich, Arleigh B. Goodwin, Brandon Cook and Robert A. Cook as party defendants. As grounds therefore, the Plaintiff states that the addition of the above parties is necessary and proper.

The Plaintiff refers this Court to the attached Memorandum of Law in support of this motion.

Respectfully Submitted,
The Plaintiff, Dad Construction,
By its Attorneys,

*James V. Marano, Jr. /LM*
James V. Marano, Jr., BBO# 559722
**KUSHNER & MARANO, P.C.**
1231 Washington Street
Newton, MA 02465
(617) 244-1744

Dated: