UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10804-JLT

| | |
|---|---|
| DAD CONSTRUCTION CO., INC., <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| DEREK HEIMLICH, ANDREW LEVY <br> and ARLEIGH GOODWIN, <br> Defendants | ) <br> ) <br> ) |

## AFFIDAVIT OF COMPLIANCE WITH UNITED STATES DISTRICT COURT LOCAL RULE 7.1 (A)(2)

I, James V. Marano, Jr., hereby certify that the within Plaintiff initiated a conference with Defendants' counsel pursuant to United States District Court Local Rule 7.1 (A)(2) prior to filing the enclosed motion.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17TH DAY OF AUGUST 2004.**

James V. Marano, Jr.  BBO #559722
**KUSHNER & MARANO, P.C.**
1231 Washington Street
Newton, MA 02465
(617) 244-1744