UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10804-JLT

DAD CONSTRUCTION CO., INC., )
    Plaintiff )
 )
vs. )
 )
DEREK HEIMLICH, ANDREW LEVY )
and ARLEIGH GOODWIN, )
    Defendants )

## AFFIDAVIT OF COMPLIANCE WITH UNITED STATES DISTRICT COURT LOCAL RULE 15.1 (B)

I, James V. Marano, Jr., hereby certify that the within Plaintiff's Motion for Leave to Amend Complaint to Name Additional Parties and Assert Additional Claims was initially served on all counsel of record and the proposed additional defendants pursuant to United States District Court Local Rule 15.1 (B) on August 4, 2004.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF August 2004.**

                                       James V. Marano, Jr. BBO# 559722
                                       **KUSHNER & MARANO, P.C.**
                                       1231 Washington Street
                                       Newton, MA  02465
                                       (617) 244-1744

## CERTIFICATE OF SERVICE

I, James V. Marano, Jr., Esquire, hereby certify that on this 17th day of August, 2004, I have served a copy of the Plaintiff's Motion for Leave to Amend Complaint to Name Additional Parties and to Assert Additional Claims and Plaintiff's Amended Complaint by mailing a copy via first-class mail to the following:

Richard J. Bombardo, Esquire
11 Beacon Street, Suite 520
Boston, MA  02108

Alan E. Heimlich
5952 Dial Way
San Jose, CA  95129

Paul Levy
12 Edgehill Circle
Monroe, CT  06468

Julia Levy
4 Jans Court
Monroe, CT  06468

Peter Bornholdt
1555 Laurel Lane
San Luis Obispo, CA  93401

Helen Bornholdt
1555 Laurel Lane
San Luis Obispo, CA  93401

Paul Costantino
91 Loring Avenue
Staten Island, NY  10312

Frances Costantino
91 Loring Avenue
Staten Island, NY  10312

Ian Heyworth Hill
626 Lincoln Avenue
Snohomish, WA  98290

Cathleen Countryman
626 626 Lincoln Avenue
Snohomish, WA  98290

David A. Fagerlie
2569 Aladdin Street
St. Paul, MN 55113

David L. Fagerlie
2569 Aladdin Street
St. Paul, MN 55113

Richard Peterson
4600 Cresthaven Dr.
Colleyville, TX 76034

Linda Peterson
4600 Cresthaven Dr.
Colleyville, TX 76034

Nathaniel Ulrich
4106 Pembrooke Parkway West
Colleyville, TX 76034

Richard Ulrich
4106 Pembrooke Parkway West
Colleyville, TX 76034

Arleigh B. Goodwin
1762 Crown Point Road, Unit 577
Thorofare, NJ 08086

Brandon Cook
253 Emerald Bay
Laguna Beach, CA 92651

Robert A. Cook
253 Emerald Bay
Laguna Beach, CA 92651

_____
James V. Marano, Jr. BBO# 559722
**KUSHNER & MARANO, P.C.**
1231 Washington Street
Newton, MA 02465
(617) 244-1744