UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 14 P 2: 4!

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No.: 04-10804 JLT

|  |  |
|---|---|
| DAD CONSTRUCTION CO., INC., <br> Plaintiff, <br><br> v. <br><br> DEREK HEIMLICH, ANDREW LEVY and, <br> ARLEIGH GOODWIN, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF INTENT TO FILE MOTION PURSUANT TO LOCAL RULE 3.02(b)

The defendants and plaintiffs-in-counterclaim, through their attorney Richard J. Bombardo, hereby give notice, pursuant to Local Rule 3.02(b), that they have served the proposed new party, involuntary plaintiff Arnold M. Freidfertig, with Defendants' Motion to Amend Their Answer and Counterclaims to Assert Additional Claims and Join a New Party on October 1, 2004, and that the defendants and plaintiffs-in-counterclaim intend to file said motion on October 11, 2004 with the U.S. District Court.

Dated: October 1, 2004

Respectfully Submitted,
DEREK HEIMLICH, ANDREW LEVY and
ARLEIGH GOODWIN,
By their attorney,

_/s/ Richard J. Bombardo_
Richard J. Bombardo, Esq.
11 Beacon Street, Suite 520
Boston, MA 02108
(617) 742-0575
B.B.O. # 633161