UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 14  P 2: 41

Civil Action No. 04-10804-JLT

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAD CONSTRUCTION CO., INC.,
    Plaintiff,

v.

DEREK HEIMLICH, ANDREW LEVY and,
ARLEIGH GOODWIN,
    Defendants.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Richard J. Bombardo, hereby certify I initiated a conference with Plaintiff's counsel pursuant to United States District Court Rule 7.1(A)(2) prior to serving or filing the within motion.

Signed under the pains and penalties of perjury this 14th day of October, 2004.

_/s/ Richard J. Bombardo_
Richard J. Bombardo