UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10804 JLT

DAD CONSTRUCTION CO., INC., )
      Plaintiff, )
)
v. )
)
DEREK HEIMLICH, ANDREW LEVY and, )
ARLEIGH GOODWIN, )
      Defendants. )

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 15.1(B)

I, Richard J. Bombardo, hereby certify that the within Plaintiff's Motion to Amend Answer and Counterclaims to Assert Additional Claims and Join a New Party was initially served on all counsel of record and the proposed additional involuntary plaintiff on October 1, 2004 with notice that the motion would be filed on October 11, 2004 pursuant to United States District Court Local Rule 15.1(B) and Expense and Delay Reduction Local Rule 3.02(b).

Signed under the pains and penalties of perjury this 14th day of October, 2004.

_____
Richard J. Bombardo