UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10804-JLT

DAD CONSTRUCTION CO., INC.,
Plaintiff

vs.

DEREK HEIMLICH, ANDREW LEVY
and ARLEIGH GOODWIN,
Defendants

## PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO AMEND ANSWER AND COUNTERCLAIMS TO ASSERT ADDITIONAL CLAIMS AND JOIN A NEW PARTY

Now comes the Plaintiff, Dad Construction Co., Inc., and opposes the Defendants Motion to Amend Answer and Counterclaims to Assert Additional Claims and Join a New Party. As grounds therefore, the Plaintiff refers the Court to the attached Memorandum.

Respectfully Submitted,
The Plaintiff, Dad Construction, Inc.,
By its Attorneys,

_____
James V. Marano, Jr., BBO# 559722
**KUSHNER & MARANO, P.C.**
1231 Washington Street
Newton, MA 02465
(617) 244-1744

Dated:

## CERTIFICATE OF SERVICE

I, James V. Marano, Jr., Esquire, hereby certify that on this 13th day of October, 2004, I have served a copy of the Plaintiff's Opposition to the Defendants' Motion to Amend Answer and Counterclaims to Assert Additional Claims and Join a New Party by mailing a copy via first-class mail to the following:

>Richard J. Bombardo, Esquire
>11 Beacon Street, Suite 520
>Boston, MA  02108

*/s/ James V. Marano, Jr./LAD*
James V. Marano, Jr. BBO# 559722