UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10804-JLT

| | |
|---|---|
| DAD CONSTRUCTION CO., INC., Plaintiff | ) ) ) |
| vs. | ) ) |
| DEREK HEIMLICH, ANDREW LEVY and ARLEIGH GOODWIN, Defendants | ) ) ) ) |

## PROPOSED JOINT STATEMENT

**A.   DISCOVERY PLAN:**

Written discovery shall be completed by December 31, 2004.

Discovery depositions shall be completed by February 28, 2005. See list of Witnesses/Proposed depositions below.

Discovery motions shall be filed by December 31, 2004.

Summary judgment motions shall be filed by April 1, 2005.

**B.   WITNESSES/PROPOSED DEPOSITIONS:**

The following individuals are likely have discoverable information that the Plaintiff may use to support its claims or defenses:

1. Arnold Friedfertig, c/o Dad Construction Co., Inc., 1714 Beacon Street, Brookline, Norfolk County, Massachusetts.

2. The Defendant, Derek Heimlich, 5952 Dial Way, San Jose, California, 95129.

3. The Defendant, Andrew Levy, 12 Edge Hill Circle, Monroe, Connecticut, 06468.

4. The Defendant, Arleigh Goodwin, 16 Fostertown Lane, Mullica Hill, New Jersey, 08062-2204.

5. Peter Bornholdt, 1555 Laurel Lane, San Luis Obispo, CA, 93401.

6. Paul Costantino, 91 Loring Avenue, Staten Island, NY, 10312.

7. Ian Heyworth Hill, last known address: 1825 Whitley Avenue, Apt. 308, Los Angeles, CA 90028.

8. David A. Fagerlie, 2569 Aladdin Street, Roseville, Minnesota, 55113.

9. Richard Peterson, 4600 Cresthaven Drive, Colleyville, TX, 76034.

10. Nathaniel Ulrich, 4106 Pembrooke Parkway West, Colleyville, TX, 76034.

11. Brandon Cook, 253 Emerald Bay, Laguna Beach, CA, 92651.

12. Alan E. Heimlich, 5952 Dial Way, San Jose, California, 95129.

13. Paul Levy, 12 Edge Hill Circle, Monroe, Connecticut, 06468.

14. Julia Levy, 4 Jan's Court, Monroe, Connecticut, 06468.

15. Arleigh B. Goodwin, 1762 Crown Point Road, Unit 577, Thorofare, New Jersey, 08086.

16. Helen Bornholdt, 1555 Laurel Lane, San Luis Obispo, CA, 93401.

17. Frances Costantino, 91 Loring Avenue, Staten Island, NY, 10312.

18. Cathleen Countryman, 626 Lincoln Avenue, Snohomish, Washington, 98290.

19. David L. Fagerlie, 2569 Aladdin Street, Roseville, Minnesota, 55113.

20. Linda Peterson, 4600 Cresthaven Drive, Colleyville, TX, 76034.

21. Richard Ulrich, 4106 Pembrooke Parkway West, Colleyville, TX, 76034.

22. Robert A. Cook, 253 Emerald Bay, Laguna Beach, CA, 92651.

23. Officers of the Brookline Police Department;

24. Investigators for the Town of Brookline Health Department;

25. Philip J. Reddy, licensed plumber, 55 Highland Avenue, Newtonville, MA, 02460.

26. James Shiels, Shiels General Contractors, 22 Coutu Street, Franklin, MA, 02038.

27. Solo Glass, 383 Cambridge Street, Allston, MA, 02134, (617) 782-7213

28. Representatives of Town Line Realty, 1066 Commonwealth Avenue, Boston, MA, 02215; 617-731-2211.

29. Brandon Murray – Worker (did significant repairs to the property)

30. James Dower – Worker (did significant repairs to the property)

31. David Straw – Maintenance man, 176 Naples Road, Brookline, MA.

32. Richard Peluso – Maintenance man

33. Stephen Hamburger – Hardwood floor repair man

34. Edwin Colon – Maintenance man. Lives on Commonwealth Avenue abutting the property.

35. Elizabeth Folman – Neighbor. Lives at 182 Naples Road, Brookline, MA.

36. Ted Jones - Neighbor. Lives at 182 Naples Road, Brookline, MA.

36. Katherl Jones – Neighbor. Lives at 182 Naples Road, Brookline, MA.

37. James Grady – Worker (did significant repairs to the property)

38. Jinna Shon – Real Estate Broker at Advantage Real Estate

39. Robert Koritz – Real Estate Broker at Advantage Real Estate

40. Keith Mullen – Real Estate Broker at At Home Realty

41. George Grassey – Worker (did significant repairs to the property)

42. Paul Grassey – Worker (did significant repairs to the property)

The Plaintiff reserves the right to supplement this list of witnesses as discovery progresses.

C. **DAMAGES**

As a result of the Defendants' negligence and breach of contract, the Plaintiff has incurred damages in excess of $95,000.00.

As a result of the Plaintiff's fraud, the Defendants/Plaintiffs in Counterclaim have suffered damages, including incidental, consequential and attorneys fees in an amount to be determined.

**D.    CERTIFICATION OF COUNSEL**

    I hereby certify that each party and that party's counsel have conferred with a view to establish a budget for the costs of conducting this litigation, as well as the use of alternative dispute resolution programs.

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff,<br>By its Attorneys, | Respectfully submitted,<br>The Defendants,<br>By their Attorney, |
| *James V. Marano, Jr. /LAD* (signature)<br>James V. Marano, Jr., BBO# 559722<br>**KUSHNER & MARANO, P.C.**<br>1231 Washington Street<br>Newton, MA 02465<br>(617) 244-1744 | *Richard J. Bombardo /LAD* (signature)<br>Richard J. Bombardo, BBO# 633161<br>11 Beacon Street, Suite 520<br>Boston, MA 02108<br>(617) 742-0575 |