### LAW OFFICES OF RICHARD J. BOMBARDO
11 Beacon Street, Suite 520
Boston, Massachusetts 02108
Tel: (617) 742-0575
Fax: (617) 742-0576

*Also Admitted in NY

Richard J. Bombardo*

November 1, 2004

**VIA FACSIMILE @ (617) 748-9096**
Attn: Ms. Kim Abaid
Clerk to Justice Tauro
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  *Dad Construction Co., Inc. v. Heimlich, et. al*
Civil Action No.: 04-10804 JLT

Dear Ms. Abaid:

I am writing to advise the Court that the Defendants' Motion to Amend Answer and Counterclaims to Assert Additional Claims and Join a New Party was filed on October 14, 2004 and is still pending. The plaintiff filed an opposition.

The parties are scheduled to appear before the Court tomorrow for a scheduling conference at 10:30 AM.

Thank you.

Very truly yours,

Richard J. Bombardo

cc: James V. Marano, Jr., Esq.