UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAD CONSTRUCTION CO., INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10804-JLT |
| | * | |
| DEREK HEIMLICH, ANDREW LEVY, | * | |
| and ARLEIGH GOODWIN, | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

April 13, 2005

TAURO, J.

After the Further Conference held on April 13, 2005, this court hereby orders that:

1. Discovery is closed;

2. No additional discovery will be permitted without leave of this court;

3. Trial will commence on August 8, 2005 at 10:00 a.m.; and

4. No extensions will be permitted.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge