# **EXHIBIT D**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAD CONSTRUCTION CO., INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10804-JLT |
| | * | |
| DEREK HEIMLICH, ANDREW LEVY, | * | |
| and ARLEIGH GOODWIN, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

November 2, 2004

TAURO, J.

After a conference on November 2, 2004, this court hereby orders that:

1.    Defendants' Motion to Amend Answer and Counterclaims to Assert Additional

Claims and Join a New Party [#17] is DENIED;

2.    Plaintiff may depose the individuals listed in the Proposed Joint Statement [#22];

3.    Defendants may depose Arnold Friedfertig;

4.    Discovery shall be completed by March 31, 2005;

5.    No additional discovery will be permitted without leave of this court; and

6.    A Further Conference is scheduled for April 13, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge