UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAD CONSTRUCTION CO., INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10804-JLT |
| | * | |
| DEREK HEIMLICH, ANDREW LEVY, | * | |
| and ARLEIGH GOODWIN, | * | |
| | * | |
| Defendants. | * | |

ORDER

July 25, 2005

TAURO, J.

This court hereby orders that:

1. The Plaintiff, Defendant in Counterclaim's, Motion for Summary Judgment on Counts I, III, IV, and VI of the Counterclaim [#26] is ALLOWED as to Count I because Defendants agree that the claim as plead is insufficient;

2. The Plaintiff, Defendant in Counterclaim's, Motion for Summary Judgment on Counts I, III, IV, and VI of the Counterclaim [#26] is otherwise DENIED; and

3. Defendants' Motion to Amend Answer and Counterclaims [#32] is DENIED as discovery is closed, trial is scheduled to commence on August 8, 2005, and the proposed amendment would cause undue delay and prejudice.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge