

**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



TO:   Norfolk Superior Court

    650 High Street

    Dedham, MA 02026

RE:

CIVIL ACTION #. 04-cv-10804 JLT

CRIMINAL #.

Your Case #. 04-00518

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on August 4, 2005 by the Honorable Joseph L. Tauro.

    The following documents are included in our file and transmitted herewith:

    ( X )    Certified copy of the docket entries;

    ( X )    Certified copy of the transferral order;

    ( X )    Original documents numbered  1 - 35

    (   )

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  August 8, 2005        By: /s/ Kimberly M. Abaid
                                                Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

                              By: _____
                                  Deputy Clerk

(Copy of Transfer Cover Letter.wpd - 3/7/2005)